**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JAMES L. RADERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:22-cv-01189 |
| | ) |
| MICHAEL D. FRANTZ, FRANTZ COMMUNITY | ) Honorable Franklin U. Valderrama |
| INVESTORS, L.L.C, and FRANTZ VENTURES, L.L.C., | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S MOTION FOR ENTRY OF MEMORANDUM OF JUDGMENT**

James L. Raders ("Plaintiff"), through its attorneys, Quarles & Brady LLP, respectfully requests that this Court enter a Memorandum of Judgment on behalf of Plaintiff. In support hereof, Plaintiff states as follows.

1. On February 2, 2022, a judgment was entered in the United States District Court, Middle District of Florida, Orlando Division, in favor of Plaintiff and against Michael D. Frantz, Frantz Community Investors, .L.C, and Frantz Ventures, L.L.C. ("Defendants") in the amount of $4,200,000.00 (the "Florida Judgment").

2. On March 7, 2022, the Florida Judgment was registered in this Court and was assigned to the Honorable Franklin Valderrama. The certified copy of the Florida Judgment that was registered in this Court on March 7, 2022 is attached hereto as <u>Exhibit A</u>.

3. Defendants have not filed an appeal of the Florida Judgment.

WHEREFORE, for the reasons stated herein, Plaintiff respectfully requests that this Court enter the Memorandum of Judgment attached hereto as <u>Exhibit B</u>.

Respectfully submitted,

JAMES L. RADERS

By: <u>*s/ Thomas J. McDonell*</u>
        One of His Attorneys

Thomas J. McDonell (ARDC No. 6317275)
QUARLES & BRADY LLP
300 North LaSalle Street
Suite 4000
Chicago, IL 60654
(312) 715-5000
Thomas.McDonell@quarles.com